IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.G. WENTWORTH SSC LIMITED PARTNERSHIP, | ) ) ) | CASE NO. 1:01-cv-00192-HJW |
| Plaintiff, | ) ) | JUDGE WEBER |
| vs. | ) ) ) ) | **MOTION FOR ORDER THAT FUNDS BE DEPOSITED WITH COURT IN ESCROW ACCOUNT** |
| LINDA CALHOUN WILLIAMS, | ) ) | |
| Defendant. | ) | |

Plaintiff J.G. Wentworth SSC Limited Partnership ("Wentworth") moves the Court to order Linda Calhoun-Williams, individually and as the executor for the Estate of Ramona F. Calhoun, to account for all monies received from First Colony Life Insurance Company or its successors or assigns as set forth in Wentworth's Complaint and at issue in this lawsuit and to deposit with this Court any future monies received, pending the Court's determination of the rightful ownership of those funds.  (A copy of Wentworth's Complaint is attached hereto as Exhibit A and made a part hereof.)  A Memorandum in Support of Wentworth's Motion is attached hereto and made a part hereof.

Respectfully submitted,

/s/ James S. Wertheim
JAMES S. WERTHEIM (0029464)
GOODMAN WEISS MILLER LLP
100 Erieview Plaza, 27th Floor
Cleveland, Ohio  44114-1824
(216) 696-3366
**Counsel for Plaintiff**
***J.G.   Wentworth   S.S.C.   Limited   Partnership***

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served June 4, 2004 via regular U.S. mail, postage prepaid, on:

>Richard G. Ward, Esq.
>Richard G. Ward Co., L.P.A.
>2200 Fourth & Vine Tower
>5 West 4th Street
>Cincinnati, Ohio 45202
>    and
>Richard H. Ward, Esq.
>Claire V. Rogus, Esq.
>Drew & Ward Co., L.P.A.
>2400 Fourth & Vine Tower
>One West Fourth Street
>Cincinnati, Ohio 45202
>***Attorneys for Defendant Linda Calhoun Williams***

>/s/ James S. Wertheim
>JAMES S. WERTHEIM