IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.G. WENTWORTH SSC LIMITED PARTNERSHIP, | ) ) ) | CASE NO. 1:01-cv-00192-HJW |
| Plaintiff, | ) ) | JUDGE WEBER |
| vs. | ) ) ) | **NOTICE OF WITHDRAWAL OF MOTION FOR ORDER THAT FUNDS BE DEPOSITED WITH COURT IN ESCROW ACCOUNT AND NOTICE OF ATTEMPT TO CIRCUMVENT THIS COURT'S JURISDICTION** |
| LINDA CALHOUN WILLIAMS, | ) ) | |
| Defendant. | ) ) ) | |

Plaintiff J.G. Wentworth SSC Limited Partnership ("Wentworth") hereby gives notice to this Court that it is withdrawing its Motion for Order that Funds be Deposited with Court in Escrow Account, as Linda Calhoun-Williams has now provided an accounting of monies received. However, Wentworth would like to bring to this Court's attention that Dustin L. Calhoun has filed a separate will contest in the Probate Court of Highland County, Ohio, in an attempt to determine Wentworth's rights under Ramona Calhoun's will, the exact issue that has already been tried in this Court. That matter was filed nearly two years after the filing of this matter. Therefore, Wentworth would request that this Court immediately issue its opinion in this matter so that the matter can be finally concluded and that the judicial time and effort spent on trial will not be undone.

Respectfully submitted,

/s/ James S. Wertheim
JAMES S. WERTHEIM (0029464)
GOODMAN WEISS MILLER LLP
100 Erieview Plaza, 27th Floor
Cleveland, Ohio 44114-1824
(ph.) 216-696-3366 • (fax) 216-363-5835
wertheim@goodmanweissmiller.com
**Counsel for Plaintiff**
**J.G. Wentworth S.S.C. Limited Partnership**

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2004, a true copy of the foregoing was served via regular U.S. mail, postage prepaid, on:

>Richard G. Ward, Esq.
>Richard G. Ward Co., L.P.A.
>2200 Fourth & Vine Tower
>5 West 4th Street
>Cincinnati, Ohio 45202
>      and
>Richard H. Ward, Esq.
>Claire V. Rogus, Esq.
>Drew & Ward Co., L.P.A.
>2400 Fourth & Vine Tower
>One West Fourth Street
>Cincinnati, Ohio 45202
>**Attorneys for Defendant Linda Calhoun Williams**

>/s/ James S. Wertheim
>JAMES S. WERTHEIM