IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.G. WENTWORTH SSC LIMITED PARTNERSHIP, | ) ) ) | CASE NO. 1:01-cv-00192-HJW |
| Plaintiff, | ) ) | JUDGE WEBER |
| vs. | ) ) ) | **REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S NOTICE OF ATTEMPT TO CIRCUMVENT THIS COURT'S JURISDICTION** |
| LINDA CALHOUN WILLIAMS, | ) ) | |
| Defendant. | ) | |

    Defendant Linda Calhoun Williams' Brief is simply wrong. Linda Calhoun Williams, as Executor for the Estate of Ramona F. Calhoun (the "Estate"), represents all of the heirs to Ramona Calhoun's Will. Thus, any issue with regard to Plaintiff J.G. Wentworth SSC Limited Partnership's ("Wentworth") claim or the Estate's challenge to Wentworth's rights will be conclusively decided by this Court. Certainly, the key issue in the Will contest filed by Dustin Lee Calhoun, if not the only issue, is the validity of Wentworth's claims. Therefore, any review by the Probate Court on that issue would cause an unnecessary (and improper) re-litigation of the very issues tried before this Court. Wentworth does not ask this Court to interfere with the Probate Court's jurisdiction, but solely to decide the issues before it so that the claims of Dustin Lee Calhoun regarding Wentworth, which have already been tried in this Court, are not retried.

    Respectfully submitted,

/s/ James S. Wertheim
JAMES S. WERTHEIM (0029464)
GOODMAN WEISS MILLER LLP
100 Erieview Plaza, 27th Floor
Cleveland, Ohio 44114-1824
(ph.) 216-696-3366 • (fax) 216-363-5835
wertheim@goodmanweissmiller.com
**Counsel for Plaintiff**
**J.G. Wentworth S.S.C. Limited Partnership**

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2004, a true copy of the foregoing was served via regular U.S. mail, postage prepaid, on:

> Richard G. Ward, Esq.
> Richard G. Ward Co., L.P.A.
> 2200 Fourth & Vine Tower
> 5 West 4th Street
> Cincinnati, Ohio 45202
>     and
> Richard H. Ward, Esq.
> Claire V. Rogus, Esq.
> Drew & Ward Co., L.P.A.
> 2400 Fourth & Vine Tower
> One West Fourth Street
> Cincinnati, Ohio 45202
> **Attorneys for Defendant Linda Calhoun Williams**

/s/ James S. Wertheim
JAMES S. WERTHEIM