IN THE COURT OF COMMON PLEAS

PROBATE DIVISION

HIGHLAND COUNTY OHIO

IN RE:

ESTATE OF RAMONA F. CALHOUN

Case No.: 001104
JUDGE KEVIN L. GREER

AGREED JUDGMENT ENTRY

HIGHLAND COUNTY PROBATE COURT
FILED
JUN 2 1 2001
*Judge Kevin L. Greer*
PROBATE JUDGE

J.G. Wentworth ("Wentworth") and the Executor of the Estate of Ramona F. Calhoun (the "Estate") hereby agree that no assets will be distributed from the Estate until all issues between Wentworth and the Estate are resolved, except that requests for attorney's fees or other necessary Estate expenses may be made to the Court by motion with notice to J.G. Wentworth.

IT IS SO ORDERED.

_____
JUDGE KEVIN L. GREER

ACKNOWLEDGED:

_____
James S. Wetheim, Counsel for J.G. Wentworth

date: June 14, 2001

_____
Conrad A. Curren, Counsel for the Estate of Ramona F. Calhoun

date: June 7, 2001

-1-

JSW

IN THE COMMON PLEAS COURT OF HIGHLAND COUNTY, OHIO

PROBATE DIVISION

| | |
|---|---|
| Dustin Lee Calhoun, a minor, age 12, by his cousin and guardian ad litem, James E. Calhoun, Jr., aka James E. Calhoun III, and Trustee under the wills of decedent, 979 Blain Lane Greenfield, Ohio  45123, )<br><br>Plaintiff,<br><br>-vs-<br><br>Linda Calhoun Williams Executor of the Estate of Ramona Calhoun 979 Blain Lane Greenfield, Ohio  45123,<br><br>J. G. Wentworth, S.S.C., a Pennsylvania Limited Partnership (hereafter Wentworth) c/o Ohio Secretary of State 30 East Broad Street, 14th Floor Columbus, Ohio  43266-0418,<br><br>Tami Birchfield 14781 Briar Hill Road Bainbridge, Ohio  45612,<br><br>Robert Scott Calhoun 7545 State Route 28 Frankfort, Ohio  45628,<br><br>Katie Diane Zakerison 245 Jordan Road Shiloh, Tennessee  38326,<br><br>William Calhoun 814 N. Fourth Street Greenfield, Ohio  45123, | Case No. 001104-A<br><br><br><br>COMPLAINT IN WILL CONTEST |

HAPNER & HAPNER, ATTORNEYS AT LAW, 127 NORTH HIGH STREET, HILLSBORO, OHIO 45133

| | |
|---|---|
| ✓ Linda Calhoun Williams<br>979 Blain Lane<br>Greenfield, Ohio 45123, | )<br>)<br>) |
| ✓ Brian Ray Calhoun<br>216 Georgetown Court<br>Beckley, West Virginia 25801, | )<br>)<br>) |
| ✓ Diedra Deanne Calhoun Crabtree<br>661 Jefferson Street<br>Greenfield, Ohio 45123, | )<br>)<br>) |
| ✓ Rhonda Michelle Calhoun<br>661 Jefferson Street<br>Greenfield, Ohio 45123, | )<br>)<br>) |
| ✓ Linda Calhoun Williams<br>979 Blain Lane<br>Greenfield, Ohio 45123, | )<br>)<br>) |
| ✓ Dustin Lee Calhoun<br>c/o John Osterleh<br>627 Pine Street<br>Greenfield, Ohio 45123, | )<br>)<br>)<br>) |
| ✓ James E. Calhoun III<br>979 Blain Lane<br>Greenfield, Ohio 45123,<br>And as Trustee, | )<br>)<br>)<br>) |
| Defendants | ) |

01.  Plaintiff is the grandson of Ramona Calhoun, deceased, and is named a beneficiary in a prior will hereafter identified. Plaintiff is a minor, under disability, and no certificate has been filed as to service in the estate proceedings for service under RC 2107.19.

02.  Ramona Calhoun died a resident of Highland County, Ohio, May 1, 2000, leaving a document purporting to be her Last Will and Testament.

03.  That document was admitted to probate as the Last Will and Testament of

Ramona Calhoun, deceased, on the 17th day of May, 2000, by this Court. A copy of the purported will is attached as Exhibit A. The estate proceedings are Case No. 001104 in the Probate Division, Common Pleas Court, Highland County, Ohio.

04.     Defendant, Linda Calhoun Williams, was appointed Executor of the Estate of Ramona Calhoun, deceased, and continues to serve in that capacity.

05.     Defendant, Wentworth, claims an interest in the purported will by reason of several contracts entered into during 1996 through 1999 between said Wentworth and Ramona Calhoun. Under the terms of those contracts, Ramona Calhoun agreed to execute Exhibit A, which purports to require her Executor to pay certain sums of money to Wentworth. Defendant Wentworth is not a registered limited partnership under the laws of the State of Ohio, and therefore appointed the Secretary of State of Ohio as its agent.

06.     A. Tami Birchfield is named a beneficiary in a prior will executed February 12, 1999 by Ramona Calhoun, deceased, then known as Ramona F. Howland. This will is attached hereto as Exhibit B. Said person is named as a beneficiary in both wills, and may be an heir under RC 2105.06.

B. William Calhoun, son of Ramona, is named a beneficary in Exhibit B. Said person is named as a beneficiary in both wills, and may be an heir under RC 2105.06.

C. Robert Scott Calhoun, son of Ramona, is named a beneficary in Exhibit B. Said person is named as a beneficiary in both wills, and may be an heir under RC 2105.06.

D. Brian Ray Calhoun, son of Ramona, is named a beneficary in Exhibit B. Said person is named as a beneficiary in both wills, and may be an heir under RC 2105.06.

E. Rhonda Michelle Calhoun, daughter of Ramona, is named a beneficary in Exhibit B. Said person is named as a beneficiary in both wills, and may be an heir under RC

HAPNER & HAPNER, ATTORNEYS AT LAW, 127 NORTH HIGH STREET, HILLSBORO, OHIO 45133

2105.06.

F. Diedra Deanne Calhoun Crabtree, daughter of Ramona, is named a beneficiary in Exhibit B. Said person is named as a beneficiary in both wills, and may be an heir under RC 2105.06.

G. Linda Calhoun Williams, sister of Ramona, is, in addition to being appointed Executor, is also named a beneficiary in Exhibit B. Said person is named as a beneficiary in both wills, and may be an heir under RC 2105.06.

H. Dustin Lee Calhoun, grandson of Ramona, now age 12, is plaintiff herein and is also named a beneficiary in Exhibit B. Said person is named as a beneficiary in both wills, and may be an heir under RC 2105.06.

I. Katie Diane Zakerison, granddaughter of Ramona, is named a beneficary in Exhibit B. Said person is named as a beneficiary in both wills, and may be an heir under RC 2105.06.

J. James E. Calhoun, Jr., aka James E. Calhoun, III is named as Trustee for Dustin Lee Calhoun.

07.	The purported will admited to probate is not the Last Will and Testament of Ramona Calhoun, deceased, on grounds of undue influence, fraud, duress, and incompetency of testator and unenforceability for vagueness. Plaintiff further says the contract with Defendant Wentworth is illegal and constitutes fraud and duress.

08.	By reason of the invalidity of the purported will, Exhibit A, the will of Ramona Calhoun, then known as Ramona F. Howland, dated February 12, 1999, attached hereto as Exhibit B, is the valid Last Will and Testament of said decedent.

HAPNER & HAPNER, ATTORNEYS AT LAW, 127 NORTH HIGH STREET, HILLSBORO, OHIO 45133

Wherefore, plaintiff demands that the purported Last Will and Testament of said decedent be adjudged invalid and set aside and for costs and attorney fees.

Hapner & Hapner

By _____
Jon C. Hapner
Reg. No. 0003017
127 North High Street
Hillsboro, Ohio 45133
Phone 937-393-3487
Attorney for Plaintiff

Plaintiff demands trial by jury herein.

_____
Attorney for Plaintiff

JCH:ll
3-20-03
1.(16)

HAPNER & HAPNER, ATTORNEYS AT LAW, 127 NORTH HIGH STREET, HILLSBORO, OHIO 45133

IN THE COURT OF COMMON PLEAS OF HIGHLAND COUNTY, OHIO

PROBATE DIVISION

HIGHLAND COUNTY PROBATE COURT
FILED
JUN 24 2003
Judge _____ O'Brien
PROBATE JUDGE

| | | |
|---|---|---|
| Dustin Lee Calhoun, a minor, age 12, by his cousin and guardian ad litem, | ) | Case No. 001104A |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | |
| Linda Calhoun Williams, et al., | ) | MOTION |
| Defendants | ) | |

Now comes the plaintiff, and moves the Court for judgment by default against J. G. Wentworth, S.S.C., a Pennsylvania Limited Partnership; Tami Birchfield; Robert Scott Calhoun; William Calhoun; Linda Calhoun Williams; Brian Ray Calhoun; Diedra Deanne Calhoun Crabtree; Rhonda Michelle Calhoun; Linda Calhoun Williams; and James E. Calhoun III, said parties having been duly served with summons and a copy of the complaint, and failing to answer or respond therein, thereby confessing the allegations of plaintiff's complaint to be true.

Hapner & Hapner

By _____
Jon C. Hapner
Reg. No. 0003017
127 North High Street
Hillsboro, Ohio 45133
Phone 937-393-3487
Attorney for Plaintiff

HAPNER & HAPNER, ATTORNEYS AT LAW, 127 NORTH HIGH STREET, HILLSBORO, OHIO 45133

## CERTIFICATE

This is to certify that a copy of this motion was sent by ordinary first class mail to J. G. Wentworth, S.S.C., P. O. Box 7780-4244, Philadelphia, PA 19182-4244; to Tami Birchfield, 14781 Briar Hill Road, Bainbridge, Ohio 45612; to Robert Scott Calhoun, 7545 State Route 28, Frankfort, Ohio 45628; to William Calhoun, 814 N. Fourth Street, Greenfield, Ohio 45123; to Linda Calhoun Williams, 979 Blain Lane, Greenfield, Ohio 45123; to Brian Ray Calhoun, 216 Georgetown Court, Beckley, West Virginia 25801; to Diedra Deanne Calhoun Crabtree, 661 Jefferson Street, Greenfield, Ohio 45123; to Rhonda Michelle Calhoun Carroll, 1160 Highway 142, Shiloh, Tennessee 38326; to Linda Calhoun Williams, 979 Blain Lane, Greenfield, Ohio 45123; and to James E. Calhoun III, 979 Blain Lane, Greenfield, Ohio 45123, by ordinary first class mail this 23rd day of June, 2003.

_____
Jon C. Hapner

JCH:ll
6-23-03
1.(12)

PROBATE COURT - HIGHLAND COUNTY

CIVIL DOCKET                                        Page:    1

Case Number: 001104-A    Concerning: Calhoun, Ramona F

---

| Date | Entry |
|---|---|
| 03/20/2003 JRNL PAGE | COMPLAINT IN WILL CONTEST FILED BY JON HAPNER |
| 03/20/2003 JRNL PAGE | HEARING SET FOR 06/20/2003 AT 8:00 AM |
| 03/20/2003 JRNL PAGE | DEPOSIT-- # 30335 $ 150.00 JON C. HAPNER |
| 03/20/2003 JRNL PAGE | SUMMONS ISSUED BY CERTIFIED MAIL TO DUSTIN CALHOUN, JAMES CALHOUN, LINDA WILLIAMS, J.G. WENTWORTH, TAMI BIRCHFIELD, ROBERT CALHOUN, KATIE ZAKERISON, WILLIAM CALHOUN, BRIAN CALHOUN, DIEDRA CRABTREE, RHONDA CALHOUN |
| 03/20/2003 JRNL PAGE | NOTICE OF HEARING SENT ON HEARING DATE TO DUSTIN CALHOU, JAMES CALHOUN, LINDA WILLIAMS, J.G. WENTWORTH, TAMI BIRCHFIELD, ROBERT CALHOUN, KATIE ZAKERISON, WILLIAM CALHOUN, BRIAN CALHOUN, DIEDRA CRABTREE, RHONDA CALHOUN, C. CURREN, J. HAPNER |
| 03/21/2003 JRNL PAGE | CERTIFIED MAIL ISSUED 56.20 |
| 03/21/2003 JRNL PAGE | COMPUTERIZATION FUND. 10.00 |
| 03/21/2003 JRNL PAGE | INDEXING FEE 15.00 |
| 03/21/2003 JRNL PAGE | APPLIED DEPOSIT -81.20 |
| 03/24/2003 JRNL PAGE | CERTIFIED MAIL RETURNED AND FILED. SERVED ON JAMES CALHOUN III, RHONDA CALHOUN, LINDA WILLIAMS ON 03/22/03 |
| 03/25/2003 JRNL PAGE | CERTIFIED MAIL RETURNED AND FILED. SERVED ON WILLIAM CALHOUN 03/22/03, DIEDRA CRABTREE ON 03/22/03, DUSTIN CALHOUN, KATIE ZAKERISON 03/24/03, JG WENTWORTH, TAMI BIRCHFIELD 03/24/03 |
| 03/28/2003 JRNL PAGE | CERTIFIED MAIL RETURNED AND FILED SERVED ON BRIAN RAY CALHOUN ON 3/26/03 |
| 04/01/2003 JRNL PAGE | CERTIFIED MAIL RETURNED AND FILED. NOT SERVED ON ROBERT SCOTT CALHOUN NOT DELIVERABLE AS ADDRESSED |
| 04/02/2003 JRNL PAGE | NOTIFICATION OF FAILED SERVICE ISSUED TO JON HAPNER FOR FAILED SERVICE ON ROBERT SCOTT CALHOUN |
| 04/29/2003 JRNL PAGE | PRECIPE FILED FILED BY JON C. HAPNER |

```
                    PROBATE COURT OF HIGHLAND COUNTY

                              CIVIL DOCKET                     Page:     2

          Case Number: 001104      Concerning: Calhoun, Ramona F
_____
04/29/2003   AFFIDAVIT ON BASIS OF SERVICE FILED BY JON HAPNER / ISSUED T
JRNL         O SECRETARY OF STATE
PAGE
04/29/2003   CERTIFIED MAIL ISSUED TO J. WENTWORTH AND SECRETARY OF STATE
JRNL         COPY OF SUMMONS, AFF., COMPLAINT
PAGE
04/30/2003   APPLIED DEPOSIT -8.84
JRNL
PAGE
05/03/2003   CERTIFIED MAIL RETURNED AND FILED SERVED ON OHIO SECRETARY O
JRNL         F STATE
PAGE
05/27/2003   CERTIFIED MAIL RETURNED AND FILED SERVED ON J. G WENTWORTH S
JRNL          S C
PAGE
06/20/2003   HEARING SET FOR 08/20/2003 AT 9:00 AM
JRNL
PAGE
06/20/2003   PRETRIAL ENTRY COPY TO ALL ON 1.0 CONRAD CURREN,J HAPNER
JRNL    25
PAGE   278
06/20/2003   NOTICE OF HEARING SENT ON HEARING DATE TO- ALL ON .00
JRNL         1.0 SENT REGULAR MAIL,J HAPNER,C CURREN
PAGE
06/20/2003   POSTAGE COSTS 2.96
JRNL
PAGE
06/20/2003   APPLIED DEPOSIT -2.96
JRNL
PAGE
06/23/2003   REG. MAIL RETURNED ON WILLIAM CALHOUN / NOT DELIVERABLE AS A
JRNL         DDRESS
PAGE
06/24/2003   MOTION FOR DEFAULT JUDGMENT FILED BY JON C. HAPNER
JRNL
PAGE
06/24/2003   MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM FILED BY JON
JRNL         C. HAPNER
PAGE
06/24/2003   JOURNAL ENTRY APPOINTING GUARDIAN AD LITEM
JRNL    25
PAGE   296
06/25/2003   NOTICE OF HEARING SENT ON HEARING DATE TO- ALL ON 4.07
JRNL         1.0 SENT REGULAR MAIL JON HAPNER AND CONRAD CURREN
PAGE
06/25/2003   NOTICE OF FAILED SERVICE ISSUED TO JON HAPNER FOR WM. CALHOU
JRNL         N
PAGE
```

```
                    PROBATE COURT OF HIGHLAND COUNTY

                           CIVIL DOCKET                      Page:      3

          Case Number: 001104      Concerning: Calhoun, Ramona F
_____
06/26/2003   MOTION FOR LEAVE TO FILE ANSWER FILD BY CONRAD A. CURREN 5.0
JRNL
PAGE
06/26/2003   ENTRY GRANTING LEAVE TO FILE ANSWER FILED
JRNL    25
PAGE   297
06/27/2003   REGULAR MAIL RETURNED NOT SERVED ON J.G. WENTWORTH SSC -
JRNL         MARKED RETURN TO SENDER NO ONE HERE BY THAT NAME
PAGE
06/27/2003   REGULAR MAIL REISSUED TO J.G. WENTWORTH SSC AT PROPER ADDRES
JRNL         S
PAGE
06/30/2003   APPLIED DEPOSIT -9.07
JRNL
PAGE
06/30/2003   REGULAR MAIL RETURNED NOT SERVED ON WILLIAM CALHOUN, NOT DEL
JRNL         IVERABLE AS ADDRESSED
PAGE
07/03/2003   NOTIFICATION OF FAILED SERVICE ISSUED TO C CURREN FOR FAILED
JRNL          SERVICE ON W.CALHOUN
PAGE
07/03/2003   MOTION FILED BY C CURREN FOR LEAVE TO FILE ANSWER
JRNL
PAGE
07/03/2003   JUDGMENT ENTRY APPROVING LEAVE TO FILE ANSWER
JRNL    25
PAGE   335
07/03/2003   ANSWER FILED BY C CURREN
JRNL    25
PAGE   335
07/03/2003   WAIVER FILED SIGNED BY KATIE ZAKERISON
JRNL    25
PAGE   335
07/14/2003   REGULAR MAIL RETURNED FROM JG WENTWORTH C/O SECRETARY OF STA
JRNL         TE.(FORWARDED COPY TO COVER LETTER TO J.HAPNER PER KLG)
PAGE
07/31/2003   REGULAR MAIL RETURNED NOT SERVED ON ROBERT CALHOUN,NOT DELIV
JRNL         ERABLE AS ADDRESSED
PAGE
07/31/2003   NOTIFICATION OF FAILED SERVICE ISSUED TO JON HAPNER FOR FAIL
JRNL         ED SERVICE ON ROBERT CALHOUN
PAGE
08/20/2003   WAIVER SIGNED BY JOHN OSTERLEH FOR DUSTIN LEE CALHOUN
JRNL         COPY TO J. HAPNER
PAGE
08/20/2003   ENTRY ORDERING PRETRIAL VOL 25 PG 582 COPY TO J HAPNER,C CUR
JRNL    25   REN,JAMES CALHOUN JR,LINDA WILLIAMS BY RMAIL
PAGE   582
```

PROBATE COURT OF HIGHLAND COUNTY

CIVIL DOCKET                                                Page:    4

Case Number: 001104      Concerning: Calhoun, Ramona F

---

| Date / Ref | Entry |
|---|---|
| 08/21/2003<br>JRNL<br>PAGE | HEARING SET FOR 11/14/2003 AT 8:30 AM |
| 08/21/2003<br>JRNL<br>PAGE | NOTICE OF HEARING SENT ON HEARING DATE TO- JAMES CALHOUN JR, LINDA WILLIAMS, JON HAPNER, AND CONRAD CURREN |
| 08/21/2003<br>JRNL<br>PAGE | WAIVER OF SUMMONS SIGNED BY ROBERT CALHOUN |
| 09/02/2003<br>JRNL  25<br>PAGE  640 | JOURNAL ENTRY FILED  COPY TO ALL DEFENDANT'S BY CERT. OF MAIL AND TO COUNSEL BY REG. MAIL |
| 09/08/2003<br>JRNL<br>PAGE | REGULAR MAIL RETURNED NOT SERVED ON WILLIAM CALHOUN, UNABLE TO FORWARD |
| 09/08/2003<br>JRNL<br>PAGE | NOTIFICATION OF FAILED SERVICE ISSUED TO JON HAPNER FOR FAILED SERVICE ON WILLIAM CALHOUN |
| 11/17/2003<br>JRNL  26<br>PAGE 1118 | ENTRY SETTING PRETRIAL<br>COPY TO C CURREN, J HAPNER |
| 11/17/2003<br>JRNL<br>PAGE | HEARING SET FOR 02/27/2004 AT 1:00 PM |
| 11/17/2003<br>JRNL<br>PAGE | NOTICE OF HEARING SENT ON HEARING DATE TO- J HAPNER, C CURREN, J CALHOUN JR, L WILLIAMS |
| 11/28/2003<br>JRNL<br>PAGE | APPLIED DEPOSIT -1.48 |
| 03/01/2004<br>JRNL  27<br>PAGE  152 | ENTRY SETTING PRE TRIAL / COPY TO JON HAPNER, CONRAD CURREN |
| 03/01/2004<br>JRNL<br>PAGE | HEARING SET FOR 06/02/2004 AT 8:00 AM |
| 03/01/2004<br>JRNL  27<br>PAGE  152 | NOTICE OF HEARING SENT ON HEARING DATE TO-JON HAPNER, CONRAD CURREN, JAMES CALHOUN, JR., LINDA WILLIAMS |
| 06/08/2004<br>JRNL<br>PAGE | HEARING SET FOR 07/28/2004 AT 8:00 AM |
| 06/08/2004<br>JRNL  27<br>PAGE  793 | ENTRY SETTING TR-GOODMAN ET AL, J. HAPNER, CON. CURREN, JOHN OSTERLEH, L. WILLIAMS, J. G. WENTWORTH, T. BIRCHFIELD, R. CALHOUN, K. ZAKERISON, W. CALHOUN, B. CALHOUN, B. CALHOUN, D. CRABTREE, R CALHOUN, D CALHOUN, J CALHOUN, III |

```
              PROBATE COURT - HIGHLAND COUNTY
                       CIVIL DOCKET                        Page:    5

       Case Number: 001104      Concerning: Calhoun, Ramona F
_____
06/08/2004   NOTICE OF HEARING SENT ON HEARING DATE TO- ALL DEF. ON COMPL
JRNL         AINT, PLAINTIFF & GAL, J. HAPNER, CON. CURREN, GOODMAN WEISS
PAGE         MILLER BY R. MAIL
```