IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.G. WENTWORTH SSC LIMITED PARTNERSHIP, | ) ) ) | CASE NO. 1:01-cv-00192-HJW |
| Plaintiff, | ) ) ) | JUDGE WEBER |
| vs. | ) ) | **ORDER** |
| LINDA CALHOUN WILLIAMS, | ) ) ) | |
| Defendant. | ) | |

Plaintiff J.G. Wentworth SSC Limited Partnership moved for an order that the funds currently held in escrow, or that are yet to be deposited in escrow, be deposited with this Court. For good cause shown, it is hereby ordered that Defendant Linda Calhoun Williams, individually and as executor of the Estate of Ramona Calhoun, immediately, by August 31, 2004, provide a full accounting of all monies received under the annuity policy at issue; that Linda Calhoun Williams immediately transfer any funds currently held from said policy to this Court; and that all future funds be paid directly to this Court in an escrow fund to be set up by this Court until such time as this Court enters final judgment on the trial of this matter.

IT IS SO ORDERED.

---
JUDGE WEBER