**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **J.G. WESTWORTH SSC** | ) | **CASE NO. 1:01-cv-00192-HJW** |
| **LIMITED PARTNERSHIP,** | ) | |
| | ) | |
| Plaintiff, | | |
| | ) | **JUDGE WEBER** |
| vs. | ) | |
| | ) | |
| **LINDA CALHOUN WILLIAMS** | ) | **NOTICE OF CHANGE OF ADDRESS** |
| | ) | |
| Defendant. | ) | |

Please take notice that James S. Wertheim, Attorney for Plaintiff J.G. Wentworth S.S.C.

L.P. is no longer affiliated with the law firm of Goodman Weiss Miller LLP.  Mr. Wertheim is

now with McGlinchey Stafford and his new address is 25550 Chagrin Boulevard, Suite 406,

Cleveland, Ohio 44122.

Respectfully submitted,

/s/ James S. Wertheim
James S. Wertheim (#0029464)
Brooke Turner Bautista (#0072364)
**McGlinchey Stafford, PLLC**
25550 Chagrin Boulevard, Suite 406
Cleveland, OH 44122-4640
Telephone: (216) 378-9905
Fax: (216) 378-9910

**ATTORNEYS FOR J.G. WENTWORTH S.S.C.**
**LIMITED PARTNERSHIP**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of

Change of Address was served upon the following, by regular U.S. mail, postage prepaid, this

___ day of September, 2004:


Richard G. Ward, Esq.
Richard G. Ward Co., L.P.A.
2200 Fourth & Vine Tower
5 West 4th Street
Cincinnati, Ohio 45202
and
Richard H. Ward, Esq.
Claire V. Rogus, Esq.
Drew & Ward Co., L.P.A.
2400 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

*Attorneys for Linda Calhoun Williams*


                                        /s/ James S. Wertheim_____
                                        James S. Wertheim


509407.1