**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**J.G. WENTWORTH SSC,**

    **Plaintiff,**

**-vs-**                                  **Case No.**    **C-1-01-192**

**LINDA CALHOUN WILLIAMS**

    **Defendant,**

_____

### JUDGMENT IN A CIVIL CASE

      **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**x**      **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    Pursuant to the Order entered on March 25, 2005 (see doc. #87) this case is Terminated on the docket of this Court.

Date:   March 25, 2005                    JAMES BONINI.,  CLERK

                                             By:s/   Darlene Maury        
                                           Darlene Maury, Deputy Clerk