IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.G. WENTWORTH SSC LIMITED PARTNERSHIP, | ) ) ) | CASE NO. C-1-01 192 |
| Plaintiff, | ) ) | JUDGE WEBER |
| vs. | ) ) ) | **NOTICE OF APPEAL OF PLAINTIFF J.G. WENTWORTH SSC LIMITED PARTNERSHIP** |
| LINDA CALHOUN WILLIAMS, | ) ) ) | |
| Defendant. | ) | |

Notice is hereby given that Plaintiff J.G. Wentworth SSC Limited Partnership ("Wentworth") hereby appeals, to the United States Court of Appeals for the Sixth Circuit, from the portion of the Court's Judgment Entry dated March 25, 2005 which, while it found in favor of Wentworth on its contractual assertions, denied relief to Wentworth on its claims for unjust enrichment, conversion, misrepresentation, and breach of fiduciary duty, as well as refusing to order payments to Wentworth pursuant to the contracts the Court found valid. Wentworth does not appeal from the Court's findings granting in part its Request for Declaratory Judgments or the Court's findings rejecting Defendant's counterclaims and defenses.

Respectfully submitted,

/s/ James S. Wertheim
James S. Wertheim (0029464)
McGlinchey Stafford, PLLC
25550 Chagrin Boulevard, Suite 406
Cleveland, Ohio 44122-4640
Phone: (216) 378-9905
Fax:   (216) 378-9910
jwertheim@mcglinchey.com

*Attorney for Plaintiff J.G. Wentworth SSC Limited Partnership*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Status Report of Defendant J.G. Wentworth* was filed electronically this 21th day of March, 2005. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Richard Grove Ward, Esq.
Richard Hackney Ward, Esq.
Drew & Ward Co., LPA
One West Fourth Street
Suite 2400
Cincinnati, Ohio 45202

*Attorneys for Linda Calhoun Williams,
Inidividually and as Executor for the Estate of
Ramona F. Calhoun*

        /s/ James S. Wertheim
        James S. Wertheim

546651.1