```
Thu Apr 21 13:16:10 2005

   UNITED STATES DISTRICT COURT

   CINCINNATI, OH

Receipt No.   100 426513
Cashier       mc1

Check Number:  3083

DO Code    Div No
 4661        1

Sub Acct Type Tender        Amount
1:086900  N     2           105.00
2:510000  N     2           150.00

Total Amount        $       255.00

MCGLINCHEY STAFFORD

NOTICE OF APPEAL 1:01CV192



Thu Apr 21 13:16:10 2005

Check No.  3083
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```