No. 05-3573

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

J.G. WENTWORTH, Limited Partnership

    Plaintiff - Appellant

v.

LINDA CALHOUN WILLIAMS, Individually and
Executor for the
Estate of Ramona F. Calhoun

    Defendant - Appellee

ORDER

AUG 0 9 2005

LEONARD GREEN, Clerk

1:01cv192
weber

05 AUG 10 PM 12:26

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

**IT IS ORDERED** that the appeal be and hereby is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk